LF 245D (11/2013) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Connecticut

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| | Case Number: 0205 3:05CR00292-002 |
| Christopher Goins | USM Number: 15703-014 |
| | Richard Reeve |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilty to violation of condition(s)  1, 2, 3  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant shall not unlawfully possess a controlled substance. | 12/13/2013 |
| 2 | The defendant shall not commit another federal, state or local crime. | 12/13/2013 |
| 3 | The defendant shall not possess a firearm or other dangerous weapon. | 12/13/2013 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 6236

Defendant's Date of Birth: 1973

Defendant's Residence Address:

December 18, 2014
Date of Imposition of Judgment

/s/
Signature of Judge

Honorable Ellen Bree Burns
Senior U.S. District Judge
Name and Title of Judge

1/9/15
Date

DEFENDANT: Christopher Goins
CASE NUMBER: 0205 3:05CR00292-002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
51 months consecutive to custody being served in New Haven Superior Court Case Numbers: A22M-CR13-0085497-S, A22M-CR13-0085495-S, A22M-CR13-0085493-S, and A22M-CR13-0085496-S, with no supervised release to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at      on

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

_____
DEPUTY UNITED STATES MARSHAL

AO 245D  (Rev. 11/2013) Judgment in a Criminal Case Personal Identification Attachment

DEFENDANT: Christopher Goins
CASE NUMBER: 0205 3:05CR00292-002
DISTRICT: CONNECTICUT

## Judgment in a Criminal Case Personal Identification Attachment
### (Not for Public Disclosure)

The following unredacted personal identifiers are included with the judgment transmitted to the Attorney General per 18 U.S.C. § 3612(b).  A copy of this attachment shall also be provided to the attorney for the defendant, the Probation and Pretrial Services Office, and the U.S. Sentencing Commission.

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, however, the personal data in this attachment are not for public disclosure and must not be filed with the Clerk of the Court unless redacted or under seal, as provided in the rule.

Defendant's Soc. Sec. No.: 6236
Defendant's Date of Birth: 1973
Defendant's Residential Address:

Defendant's Mailing Address:
*(if different)*